UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT LEWIS,

                        Plaintiff,

      - against -

THE CITY OF NEW YORK

                        Defendant.
------------------------------------------------------------X

24-CV-2336 (AT) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 12, 2024, the Court issued an order scheduling an initial pretrial conference by telephone for June 11, 2024. (Dkt. 7.) On June 6, 2024, Defendants filed a proposed case management order (Dkt. 12) and a letter motion to stay discovery pending filing and resolution of a motion to dismiss predicated in part on lack of subject matter jurisdiction. (Dkt. 13.) The Court held the conference as scheduled on June 11, 2024. Counsel for Defendants appeared; Plaintiff did not. Defendants intend to file their motion to dismiss by June 17, 2024.

A stay of discovery pending filing and determination of Defendants' motion to dismiss is warranted, particularly because it involves the question of subject matter jurisdiction. Accordingly, the request is granted, and it is ORDERED that:

1. Defendants shall file their motion to dismiss by June 17, 2024.

2. Plaintiff shall file any opposition to the motion by July 29, 2024.

3. Defendants shall file a reply, if any, by August 12, 2024.

4. Discovery is stayed pending determination of Defendants' motion to dismiss.

1

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 13 and to mail a copy of this order to the Plaintiff.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 13, 2024
   New York, New York

Copies transmitted this date to all counsel of record.

2