```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT LEWIS,                                               :
                                                            :    24-CV-2336 (AT) (RWL)
                              Plaintiff,                    :
                                                            :
              - against -                                   :    ORDER
                                                            :
THE CITY OF NEW YORK                                        :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 17, 2024, Defendants filed a motion to dismiss the complaint. Pursuant to the Court's scheduling order at Dkt. 16, Plaintiff's opposition was due by July 29, 2024. No opposition appears on the record. Accordingly, the Court sua sponte extends Plaintiff's time to file any opposition until **September 30, 2024**. Defendant's reply, if any, shall be filed by **October 21, 2024**. If Plaintiff does not file any opposition by September 30, 2024, the Court will deem the motion fully submitted and resolve the motion based on the record as it stands. Additionally, Plaintiff's failure to submit any opposition may be grounds alone for denying the motion.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 3, 2024
         New York, New York

Copies transmitted this date to all counsel of record.

1