# DANIEL L. MILLMAN, ESQ., P.C.
## Attorney at Law

500 North Broadway, Suite 153
Jericho, New York 11753
Phone: (516) 528-2499
Fax: (516) 801-4212
E-mail: dlm2466@gmail.com

**NEW YORK CITY OFFICE**
9 East Broadway, Suite 302
New York, New York 10038
Phone: (212) 608-3888
Fax: (212) 608-3999

---

Granted.

SO ORDERED:

2/5/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

February 4, 2025

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re: Robert Lewis v. The City of New York
Case No. 1:24-cv-02336 (AT)(RWL)

Dear Judge Torres:

This firm represents the Plaintiff, Robert Lewis, in the above-referenced action.

I am writing to request that the deadline for Plaintiff to file an Amended Complaint be extended from February 7, 2025 to March 7, 2025. I have conferred with Isabella Kendrick, Esq., the attorney representing Defendant, The City of New York, and she has advised me that she has no objection to this request.

On January 8, 2025, your Honor issued an Order (*ECF Doc. No. 25*) (hereinafter the "Order") adopting the Report and Recommendation of Magistrate Judge Robert W. Lehrburger and dismissing the claims in the Complaint without prejudice. Those claims were asserted in a Complaint filed by Plaintiff while representing himself. The Order further provided that Plaintiff may file an Amended Complaint by February 7, 2025.

My firm was just recently retained by Plaintiff and I require additional time to evaluate the case, assess the viability of the claims previously asserted and, if appropriate, prepare and file an Amended Complaint.

# DANIEL L. MILLMAN, ESQ., P.C.
## Attorney at Law

-2-

Honorable Analisa Torres
United States District Court
February 4, 2025

This is the first request for an extension of Plaintiff's time to file an Amended Complaint and, as noted above, Defendant's counsel has advised she has no objection to this request.

I am therefore requesting that the deadline set forth in the Order for Plaintiff to file an Amended Complaint be extended from February 7 to March 7, 2025.

Thank you for your attention.

Respectfully submitted,

Daniel L. Millman

dm

cc: **(By ECF and E-mail: ikendric@law.nyc.gov)**
Isabella J. Kendrick, Esq.
Muriel Goode-Trufant
Acting Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007