UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT LEWIS,

                          Plaintiff,

          - against -

THE CITY OF NEW YORK,

                         Defendant.
------------------------------------------------------------X

24-CV-2336 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By order dated January 8, 2025, the Court dismissed Plaintiff's claims without prejudice to filing an amended complaint by February 7, 2025. On February 4, 2025, after retaining counsel, Plaintiff asked to extend his time to file an amended complaint until March 7, 2025, a request the Court granted. On March 5, 2025, Plaintiff requested a further extension until March 21, 2025. The Court granted that request as well. However, no amended complaint has been filed. Accordingly, by April 8, 2025, Plaintiff shall either file an amended complaint or show cause in writing why his case should not be dismissed for failure to prosecute.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1