UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Lewis,

                Plaintiff,

-against-

The City of New York,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/9/2025_

24 Civ. 2336 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated January 8, 2025, the Court adopted the Honorable Robert W. Lehrburger's report recommending that Plaintiff's claims be dismissed without prejudice to filing an amended complaint. ECF No. 25. The Court understands that Plaintiff will not be filing an amended complaint, as he intends to pursue his claims in state court. *See* ECF Nos. 31–32. Accordingly, the Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

Dated: April 9, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge